

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

    Appellee, Cynara Dolphy-Budd's Motion to Withdraw [Dykema Gosset PLLC and all attorneys] and Substitute Counsel [Kevin P. Perkins as lead counsel] is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court